Edward BARCUS, Plaintiff—Appellant,

v.

W.P. ROGERS, Regional Director of V.D.O.'s Division of Operations; Alton Baskerville, Warden for Powhatan Correctional Center; K.J. Bessett, Warden for Keen Mountain Correctional Center; Larry Collins, Inmate Hearings Officer at Powhatan Correctional Center; Ms. Galloway, Appointed Treatment Program Supervisor; Lieutenant McCallahan, Member of the Institutional Classification Authority; B. Morranno; Mr. Hammonds, Assigned Counselor for Special Housing Unit, Defendants—Appellees.

---

No. 04–7652.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 23, 2004.

Decided: Jan. 14, 2005.

Edward Barcus, Appellant pro se.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward Barcus appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Barcus v. Rogers,* No. CA–04–547–2 (E.D. Va. filed Sept. 24, 2004; entered Sept. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*